UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOHNSON, | Case No. 2:23-cv-00908-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondent. | |

This case was opened when Brandon Johnson, a state prisoner without counsel, filed a motion for an extension of time to file a "Habeas Corpus 1983 U.S.C. (42)." ECF No. 1. On May 24, 2023, I denied that motion and notified Mr. Johnson that he had not commenced a civil action. I also granted him thirty days to file a petition for writ of habeas corpus and either pay the required filing fee or file an application requesting leave to proceed *in forma pauperis* in within thirty days. ECF No. 3. In response, Mr. Johnson has filed three motions: a request for clarification, ECF No. 4; a request for instructions, ECF No. 6; and a motion for a six-month extension of time, ECF No. 7.

In the first two motions, Mr. Johnson asks the court several questions, including whether he needed to pay a $350 filing fee and what are the "next steps in terms of filing." ECF Nos. 4 & 6. In his third motion, he asks for a six-month extension of time to file a complaint and explains that he wants to pursue a civil rights action and not a "1983 42 [U.S.C.] Habeas." ECF No. 7. As

a civil case has not yet been properly commenced, the court will not issue an order granting or denying relief.  However, in light of Mr. Johnson's statement that he intends to file a civil rights case, I will grant him opportunity file civil rights complaint along with either an application to proceed *in forma pauperis* or the required filing fee.

Accordingly, it is hereby ORDERED that:

1. Mr. Johnson's motions for clarification, instructions, and for an extension of time, ECF Nos. 4, 6, & 7, are disregarded.

2. Mr. Johnson is granted thirty days from the date of this order to file a civil rights complaint that states the grounds for relief.

3. Within thirty days of the date of this order, Mr. Johnson shall either file an application for leave to proceed *in forma pauperis* or pay the required filing fee.[1]

4. Failure to comply with this order may result in this case being closed.

5. The Clerk of Court is directed to send Mr. Johnson the court's form for filing a civil rights action and an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:     June 13, 2023                                   _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] For a civil rights case, the required filing fee is $350.00 plus a $52.00 administrative fee. *See* 28 U.S.C. §§ 1914(a), 1915(a).  If leave to file *in forma pauperis* is granted, Mr. Johnson will still be required to pay the filing fee but will be allowed to pay it in installments; litigants proceeding *in forma pauperis* are not required to pay the $52.00 administrative fee.  For a habeas corpus case, the filing fee is $5.00.  *See id.*

2