**ANDREW T. CAULFIELD, SBN 238300**
**JOE LITTLE, SBN 322179**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile: (916) 605-4075
andrew@caulfieldlawfirm.com
joe@caulfieldlawfirm.com

**Attorneys for Defendants Matthew French, Sara Reimche, and Alex Luca**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON R. JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>WARDEN, MATTHEW FRENCH, SARA REIMCHE, AND ALEX LUCA,<br><br>   Defendants. | Case No. 2:23-cv-00908-KJM-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MATTHEW FRENCH, SARA REIMCHE, AND ALEX LUCA'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND**<br><br>[Magistrate Judge Jeremy D. Peterson] |

Having reviewed Defendants Matthew French, Sarah Reimche and Alex Luca's Ex Parte Application For An Extension of Time to Respond ("Ex Parte"), and finding that good exists therefor, the Court hereby orders as follows:

The Ex Parte is granted. The time within which Defendants French, Reimche and Luca may answer or move under Rule 12 is extended from October 4, 2024 to within 14 days after the filing of any final order determining whether any additional claims have been stated in the First Amended Complaint (as required by the Court's May 23, 2024 Order).

IT IS SO ORDERED.

Dated:   October 23, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE