UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON R. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, et al.,<br><br>Defendants. | Case No.  2:23-cv-0908-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 46, 71, 78, 80) |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 14, 2025, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 78.) On June 10, 2025, Plaintiff filed a document titled objections to findings and recommendations. (ECF No. 79.) However, in substance, that filing is a second amended complaint. (*Id.*) On June 24, 2025, the magistrate judge issued findings and recommendations addressing Plaintiff's second amended complaint and recommending that all of Plaintiff's claims be dismissed, without leave to amend, except his Fourth Amendment excessive use of force claim which the magistrate judge found was sufficiently stated. (ECF No. 80.) The findings and recommendations were served on all parties

and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) On August 11, 2025, Plaintiff filed a document entitled "Objections," however that document does not include any objections. (ECF No. 81.) Rather, Plaintiff requests information on "next steps" in proceeding on his Fourth Amendment excessive use of force claims, and the Clerk of the Court provided a response to Plaintiff's inquiry on August 14, 2025.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 14, 2025, (ECF No. 78), are ADOPTED in full;

2. Defendants French, Reimche, and Luca's motion to dismiss, (ECF No. 46), is GRANTED;

3. Defendant El Dorado County's motion to dismiss, (ECF No. 71), is GRANTED;

4. The findings and recommendations filed June 24, 2025, (ECF No. 80), are ADOPTED in full;

5. Plaintiff's state law battery and IIED claims against Defendant French, false arrest claims against Defendants French, Luca, and Reimche, and failure to intervene claim against Reimche and Luca are DISMISSED without leave to amend;

6. The action proceeds solely on plaintiff's Fourth Amendment excessive force claim against Defendant French;

7. The Clerk of the Court is directed to update the docket to reflect that Defendant French is the sole remaining Defendant in this action; and

8. This action is referred to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:   **August 15, 2025**

Dena Coggins
United States District Judge

2