UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON R. JOHNSON,

Plaintiff,

v.

MATTHEW FRENCH,

Defendant.

Case No.  2:23-cv-0908-DC-JDP (P)

ORDER

Defendant Matthew French has filed an ex parte motion application to take plaintiff's deposition and to extend the discovery deadline by one month.  ECF No. 105.  Good cause being shown, defendant's motion is granted.

Accordingly, it is ORDERED that:

1.  Defendant's application, ECF No. 105, is GRANTED.

2.  Defendant may depose Plaintiff Brandon Robert Johnson, CDCR No. BT8375, an inmate in the custody of CDCR in conformance with the prison's regulations and procedures, including the presence of correctional officers at the deposition.

3.      The discovery deadline is extended May 18, 2026.

IT IS SO ORDERED.


Dated:     April 13, 2026                           _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE