UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON R. JOHNSON, | Case No.  2:23-cv-0908-DC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW FRENCH, | |
| Defendant. | |

Discovery in this case is slated to close on May 18, 2026.  ECF No. 106.  Plaintiff has filed a motion to extend the time to complete discovery, wherein he appears to believe that discovery is slated to close on April 16, 2026, and requests an additional sixty days.  ECF No. 107.  Defendant has not opposed the motion.  Accordingly, I will extend the discovery deadline by thirty days to June 17, 2026.  Further extensions of discovery will not be granted, absent extenuating circumstances.

1

It is, therefore, ORDERED that plaintiff's motion for extension of time, ECF No. 107, is GRANTED in part and the new discovery deadline is June 17, 2026.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2