UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON R. JOHNSON, Plaintiff, v. MATTHEW FRENCH, Defendant. | Case No. 2:23-cv-0908-DC-JDP (PC) <br> <u>ORDER ADOPTING FINDINGS AND RECOMMENDATION</u> <br> (ECF Nos. 110, 114) |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 114. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2026, ECF No. 114, are ADOPTED;
2. Defendant's motion for sanctions, ECF No. 110, is GRANTED;

3. This action is dismissed due to plaintiff's failure to comply with his discovery obligations and for making false statements to the court; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge